Steven E. Paganetti (SBN 087513)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 224-8462
E-mail: spaganetti@wctlaw.com

Attorneys for Petitioner
Lion Raisins, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| LION RAISINS, INC., <br><br>             Plaintiff, <br><br> v. <br><br> EDWARD L. FANUCCHI, EDWARD D. FANUCCHI, and Does 1 through 25, inclusive, <br><br>             Defendant. | Case Number 1:11-CV-00039-AWI-JLT <br><br> **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S EDWARD L. FANUCCHI AND EDWARD D. FANUCCHI'S MOTION TO STRIKE AND MOTION TO DISMISS RULE 12(b)(6)** |

IT IS HEREBY STIPULATED by and between the parties Plaintiff Lion Raisins, Inc. and Defendants Edward L. Fanucchi and Edward D. Fanucchi by and through their respective attorney's of record that the Defendant's Motion to Strike and Motion to Dismiss Rule (b)(6) currently set for April 4, 2011 be continued to May 4, 2011 at 1:30 p.m. in department 2 of this Court.

This Stipulation for continuance is entered into to promote judicial economy in view of the recent recommendation by Magistrate Jennifer L. Thurston to grant Plaintiff, Lion Raisins, Inc.'s Motion for Remand, which if adopted by this Court would rendered moot Defendants Motion to Strike.

STIPULATION

1 | Dated: March 21, 2011 | **WILD, CARTER & TIPTON**
A Professional Corporation

By _____
STEVEN E. PAGANETTI
Attorneys for Lion Raisins, Inc.

Dated: March, 2011 | **CAMPAGNE & CAMPAGNE**
A Professional Corporation

By _____
WILEY DRISKILL
Attorneys for Edward L. Fanucchi and
Edward D. Fanucchi

## ORDER

Based upon the above Stipulation and good cause showing it is hereby Ordered that Defendants Edward L. Fanucchi and Edward D. Fanucchi's Motion to Strike and Motion to Dismiss currently set for April 4, 2011 is hereby continued to May 4, 2011 at 1:30 p.m. in department 2.

IT IS SO ORDERED.

Dated:   March 21, 2011                           _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION