1  Steven E. Paganetti (SBN 087513)
   **WILD, CARTER & TIPTON**
2  A Professional Corporation
   246 West Shaw Avenue
3  Fresno, California 93704
   Telephone: (559) 224-2131
4  Facsimile: (559) 224-8462
   E-mail: spaganetti@wctlaw.com
5
   Attorneys for Petitioner
6  Lion Raisins, Inc.

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10                   **FRESNO DIVISION**

11  LION RAISINS, INC.,                    )  Case Number 1:11-CV-00039-AWI-JLT
                                           )
12              Plaintiff,                 )  **STIPULATION AND ORDER TO**
                                           )  **CONTINUE DEFENDANT'S EDWARD**
13  v.                                     )  **L. FANUCCHI AND EDWARD D.**
                                           )  **FANUCCHI'S MOTION TO STRIKE**
14  EDWARD L. FANUCCHI, EDWARD D.          )  **AND MOTION TO DISMISS RULE**
    FANUCCHI, and Does 1 through 25,       )  **12(b)(6)**
15  inclusive,                             )
                                           )
16              Defendant.                 )
                                           )
17                                         )
                                           )
18                                         )
                                           )
19                                         )

20          IT IS HEREBY STIPULATED by and between the parties Plaintiff Lion Raisins,

21  Inc. and Defendants Edward L. Fanucchi and Edward D. Fanucchi by and through their

22  respective attorney's of record that the Defendant's Motion to Strike and Motion to Dismiss Rule

23  (b)(6) currently set for May 4, 2011 be continued to June 6, 2011 at 1:30 p.m. in department 2 of

24  this Court.

25          This Stipulation for continuance is entered into to promote judicial economy in

26  view of the recent recommendation by Magistrate Jennifer L. Thurston to grant Plaintiff, Lion

27  Raisins, Inc.'s Motion for Remand, which if adopted by this Court would rendered moot

28  Defendants Motion to Strike.

STIPULATION

*(left margin, vertical text)* WILD, CARTER & TIPTON   246 WEST SHAW AVENUE   FRESNO, CALIFORNIA 93704

1    Dated: April _____, 2011                    **WILD, CARTER & TIPTON**
                                                 A Professional Corporation
2

3                                                By _____
                                                    STEVEN E. PAGANETTI
4                                                   Attorneys for Lion Raisins, Inc.

5

     Dated: April _____, 2011                    **CAMPAGNE & CAMPAGNE**
6                                                A Professional Corporation

7

8                                                By _____
                                                    WILEY DRISKILL
                                                    Attorneys for Edward L. Fanucchi and
9                                                   Edward D. Fanucchi

10

11                                    **ORDER**

12         Based upon the above Stipulation and good cause showing it is hereby Ordered

13   that Defendants Edward L. Fanucchi and Edward D. Fanucchi's Motion to Strike and Motion to

14   Dismiss currently set for May 4, 2011 is hereby continued to June 6, 2011 at 1:30 p.m. in

15   Courtroom 2.

16

17   IT IS SO ORDERED.

18

     Dated:   April 12, 2011          _____
19                                    CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                          2

STIPULATION