# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LION RAISINS, INC., | ) | Case No.: 1:11-cv-00039 AWI JLT |
| Plaintiff, | ) ) | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | ) ) | |
| EDWARD L. FANUCCHI, et al, | ) ) | |
| Defendants. | ) ) | |

On March 9, 2011, the Court issued Findings and Recommendations remanding this matter to the state court.  (Doc. 21) In addition, the defendants have filed motions to strike and to dismiss that set to be heard on June 6, 2011.  (Doc. 29) In light of these pending matter, the case is not in a posture to be scheduled.  Therefore, the Court **ORDERS**:

1. The Scheduling Conference currently set on April 27, 2011, will be continued **to July 28, 2011 at 9:00 a.m.**;

2. The Scheduling Conference SHALL be telephonic and all counsel, except local counsel, SHALL appear by telephone.  Local counsel may appear by telephone if they prefer.  Counsel SHALL determine who will originate the conference call.  Once all counsel are on the line, the call shall be placed to Magistrate Judge Thurston's chambers at (661) 326-6624;

3. A Joint Scheduling Conference Statement SHALL be filed in each case and an electronic copy of both joint statements shall be e-mailed to JLTOrders@caed.uscourts.gov, no later than seven days before the conference.

IT IS SO ORDERED.

Dated:  **April 21, 2011**                                     /s/ Jennifer L. Thurston
                                                                      UNITED STATES MAGISTRATE JUDGE