IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC., | Case No. 1:11-cv-00039 AWI JLT |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND REMANDING ACTION |
| EDWARD L. FANUCCHI, et al., | |
| Defendants. | (Documents #11, #12 & #21) |

On January 27, 2011, Plaintiff Lion Raisins filed a motion to remand this action to the Superior Court of California, Fresno County. (Docs. 11, 12.) Plaintiff also requested attorney's fees and costs. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b).

On March 9, 2011, the Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion to remand be granted and Plaintiff's request for attorney's fees and costs be denied. (Doc. 21.) The Magistrate Judge explained that there was no basis for removal to federal court, and even assuming there was, Defendants' notice of removal was untimely filed. As to an award for attorney's fees and costs, the Magistrate Judge found that such was not warranted because Defendants' attempt at removal was not patently frivolous.

The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. As of the date of this order, no objections to the findings and recommendations have been filed.

1

The Court reviews de novo those portions of the proposed findings of fact to which objections have been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981). As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the motion on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). A magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Here, having carefully reviewed the entire file in this case, the Court finds the findings and recommendations to be supported by the record and the proper analysis.

Accordingly, it is **HEREBY ORDERED** that:

1. The findings and recommendations of the Magistrate Judge filed March 9, 2011, are **ADOPTED** in full;
2. Plaintiff's motion to remand is **GRANTED**;
3. This case is **REMANDED** to the Superior Court of California, Fresno County;
4. Plaintiff's request for attorney's fees and costs is **DENIED**;
5. All pending motions are **DENIED** without prejudice; and
6. The Clerk of the Court is **DIRECTED** to remand this action to the Fresno County Superior Court.

IT IS SO ORDERED.

Dated:   April 25, 2011

CHIEF UNITED STATES DISTRICT JUDGE